FLORA ABBOTT, JOINED BY HER HUSBAND, J. R. ABBOTT, *Plaintiff in Error*, v. TAMPA ELECTRIC COMPANY, A CORPORATION, *Defendant in Error*.

Decision Filed December 11, 1919.

A Writ of Error to the Circuit Court for Hillsborough County; F. M. Robles, Judge.

*Dickenson & Dickenson*, for Plaintiff in Error;

*Knight, Thompson & Turner*, for Defendant in Error.

PER CURIAM.—This cause having been duly considered by the court on its merits, and the court being advised of its judgment in the premises, it is ordered and adjudged that the order granting a new trial herein be and is hereby affirmed on authority of Cheyney v. Roberts, 77 Fla. 324, 81 South. 475.

Affirmed.

All concur.